UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CHRISTIAN ROBERT KOMOR,

Plaintiff,

v.

MICROSOFT CORPORATION,

Defendants.

CASE NO. **2:26-cv-04552-RAJ**

**ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS, DKT. 1**

The Court **GRANTS** Plaintiff's application to proceed in forma pauperis (Dkt. 1). The Clerk shall provide a copy of this Order to Plaintiff and to the presiding District Judge.

DATED this 25th day of November, 2026.

BRIAN A. TSUCHIDA
United States Magistrate Judge